DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRIAN PUGH
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

Email: *brian.d.pugh@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:00-CR-229-PMP-VCF |
| v. | ) |
| WALLACE BYERS, | ) |
| Defendant. | ) |

**MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Brian Pugh, Assistant United States Attorney, and moves this Honorable Court for an order to vacate the Supplementary Proceedings (Judgment Debtor Examination) scheduled for October 22, 2014 at 10:00 a.m. This motion is made because the United States Marshal Service or private service was unable to locate the defendant Wallace Byers.

DATED this 1st day of October, 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>WALLACE BYERS,<br><br>            Defendant. | Case No.  2:00-CR-229-PMP-VCF |

**ORDER TO VACATE JUDGMENT**
**DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for October 22, 2014 at 10:00 a.m. be granted.

DATED this day of  October 1  2014.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney